Andrew H. Koor, 755 West Terra Lane, O'Fallon, MO. 63366, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

Suddarth & Koor, LLC ("Suddarth & Koor") filed a Petition on Account against Darla Maloney ("Ms. Maloney"), seeking to recover money owed for services rendered in a dissolution of marriage proceeding. Following a bench trial, the trial court entered judgment in favor of Suddarth & Koor, awarding $3,779.75 plus interest and attorney's fees. Ms. Maloney appeals. We have reviewed the briefs of the parties and the record on appeal, and we find the trial court did not clearly err. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).

Patricia A. Nappier, Pro Se, 614 Walmart Dr. #212, Farmington, MO 63640, for appellant.

Seth A. Pegram, 101 E. Columbia Street, Farmington, MO 63640, for respondent.

Before Philip M. Hess, P.J., Lawrence E. Mooney, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Patricia A. Nappier appeals the circuit court's January 22, 2016 judgment quieting title to certain real estate in favor of John S. Forrester. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).

■

**John S. FORRESTER, Respondent,**

v.

**Patricia A. NAPPIER, Appellant.**

**No. ED 104272**

Missouri Court of Appeals,
Eastern District,
SOUTHERN DIVISION.

Filed: July 25, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 25, 2017

■

**STATE of Missouri, Respondent,**

v.

**John M. TRAN, Appellant.**

**WD 79177**

Missouri Court of Appeals,
Western District.

Filed: September 26, 2017